UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20508-CIV-HUCK/WHITE

JASON LAMAR COLEMAN,

    Plaintiff,

v.

MARTIN COUNTY STATE ATTORNEY, et al..,

    Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the March 3, 2008 Report and Recommendation [D.E. #6] of Magistrate Judge White recommending dismissal of the Complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

Plaintiff has not objected to the Report and Recommendation so he is not challenging the ruling. The Court has independently reviewed the Report and Recommendation and the record. Being otherwise duly advised, the Court adopts the conclusions in the report. Accordingly, it is hereby

ORDERED and ADJUDGED that Magistrate Judge White's Report and Recommendation is AFFIRMED and ADOPTED. Accordingly, Plaintiff's Complaint is DISMISSED and the Clerk shall CLOSE this case and deny any pending motions as moot.

DONE AND ORDERED in chambers, Miami, Florida, this 26th day of March, 2008.

                              _____
                              Paul C. Huck
                              United States District Judge

Copies furnished to:
Magistrate Judge Patrick White
Counsel of Record

Jason Lamar Coleman, *pro se*
#821240
Stuart, FL
Address of Record

CLOSED CIVIL CASE